JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO TORRES DIAZ,<br>Petitioner,<br>v.<br>WARDEN-FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-03378-KES<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is denied as moot.

DATED: September 1, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE